UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMY L. TUTORA, <br><br> Plaintiff, <br><br> v. <br><br> ARAMARK CORRECTIONAL SERVICES, *et al.*, <br><br> Defendants. | 17-CV-9170 (KMK) <br><br> CALENDAR NOTICE |

KENNETH M. KARAS, United States District Judge:

    Please take notice that the above captioned action has been scheduled for a status conference before the Honorable Kenneth M. Karas, United States District Judge, on October 14, 2021 at 11:30 a.m.

    The Court will hold this conference by telephone. Counsel shall call the following number at the designated time: Meeting Dial-In Number (USA toll-free): (888) 363-4749 Access Code: 7702195 Please enter the conference as a guest by pressing the pound sign(#). Given that much of the Court is operating remotely and has limited mail capability, counsel involved in any prose cases shall mail a copy of this Notice to or otherwise inform the prose party of the above teleconference information. Counsel in any pro se inmate cases shall ensure that the pro se party is on the line before calling the above-referenced number. Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

    The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: August 2, 2021
       White Plains, New York

                                                          SO ORDERED.

                                                          _____
                                                          KENNETH M. KARAS
                                                          United States District Judge