**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JEREMY L. TUTORA,

                         Plaintiff,

-against-                        17 **CIVIL** 9170 (KMK)

                                         **JUDGMENT**

ARAMARK CORRECTIONAL SERVICES
and WILLIAM VAUGHN,

                         Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 22, 2022, Defendants' Motion for Summary Judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York

      June 22, 2022

                                                  **RUBY J. KRAJICK**
                                                           Clerk of Court
                         **BY:**      *K. Mango*
                                                           **Deputy Clerk**